AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

CHRISTOPHER TIDWELL,

        Plaintiff,                JUDGMENT IN A CIVIL CASE
  V.

                                  CASE NUMBER:  3:11-CV-00575-ECR-RAM

JACK PALMER, et al.,

        Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action shall be DISMISSED without prejudice.

 August 12, 2011                                            **LANCE S. WILSON**
    Date                                                                       Clerk

                                                                         /s/   M. Campbell
                                                                            Deputy Clerk